**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MARK SCHREIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAILORMEN INC., and DOES 1 TO 25,<br><br>Defendant. | Civil Action No. 4:24-cv-0180 |

**NOTICE OF SETTLEMENT**

Plaintiff Mark Schreiber hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Sailormen, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: January 24, 2025

Respectfully Submitted,

*/s/ Jordan T. Porter*

Jordan T. Porter
jordan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Phone: (805) 963-2345

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jordan T. Porter, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 24th day of January, 2025.

*/s/ Jordan T. Porter*
Jordan T. Porter