**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| MARK SCHREIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAILORMEN INC.,<br><br>Defendant. | Civil Action No. 4:24-cv-00180 |

**STIPULATION FOR DISMISSAL**

Plaintiff, Mark Schreiber, individually and on behalf of all others similarly situated, and Defendant, Sailormen Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 16, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By: *_/s/ Jordan T. porter*
Jordan T. Porter, Esq.
33 W. Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH

By: *_/s/ Ronald Scott Masterson*
Ronald Scott Masterson, Esq.
90 S 7th Street, Suite 2800
Minneapolis, Minnesota
Telephone: (404) 348-8570

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Jordan T. Porter, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 16th day of April, 2025.

*/s/ Jordan T. Porter*
Jordan T. Porter